**Opinion issued April 7, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00977-CV

———————————

**KENNETH  STEVEN ISBELL, Appellant**

**V.**

**FROST BANK, Appellee**

On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Case No. 2025-14600

## MEMORANDUM OPINION

Appellant has neither paid nor made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant failed to respond. *See* TEX. R. APP. P. 37.3(b),

42.3(b) (c). Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.